Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE VALENZUELA<br><br>              Plaintiff,<br><br>vs.<br><br>FOTIS AND SON IMPORTS, INC. and DOES 1 TO 10,<br><br>              Defendant. | CASE NO. 8:18-cv-00644-JVS-DFM<br>*Judge James V. Selna*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

///

-1-
ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the Parties, the Court hereby dismisses the above-captioned action, in its entirety, with prejudice.

**IT IS SO ORDERED**.

Dated: May 10, 2019

_____
Hon. James V. Selena
United States District Judge